**Susan ARNONE, Appellant,**

v.

**AMERICAN DRUG STORES, INC., doing business as Osco Drugs, Inc., Appellee.**

No. 06–1859.

United States Court of Appeals, Eighth Circuit.

Submitted: June 26, 2007.

Filed: June 27, 2007.

---

Susan Arnone, Kansas City, MO, pro se.

Walter S. Cowger, Dallas, TX, Michael William Shunk, Long & Luder, Overland Park, KS, for Appellee.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Susan Arnone appeals the district court's[1] adverse grant of summary judgment in her Title VII employment-discrimination suit against her former employer, American Drug Stores, Inc. Having carefully reviewed the record and considered Arnone's arguments, we find no basis for reversal. *See Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.